

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2021

No. 04-20-00224-CV

**ALLSTATE COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

Laura **WALKER**, Brian Briseno and Troy Pace, Jr.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI06959
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

On September 15, 2021, we reinstated this appeal on our docket and ordered that appellant's brief was due no later than October 15, 2021. To date, appellant has not filed a brief. Appellant is therefore **ORDERED** to file, **within fifteen days** of the date of this order, its brief and a written response reasonably explaining: (1) its failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response, we will dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if an appellant fails to comply with a court order).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court